SEALED BY ORDER OF THE COURT

RECEIVED
OCT 22 2018
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

FILED
OCT 23 2018
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

XAVIER BECERRA
Attorney General of California
VINCENT DiCARLO
Supervising Deputy Attorney General
EMMANUEL R. SALAZAR, State Bar No. 240794
Deputy Attorney General
E-mail: Emmanuel.Salazar@doj.ca.gov
 2329 Gateway Oaks Drive, Suite 200
 Sacramento, CA 95833-4252
 Telephone: (916) 621-1835
 Fax: (916) 274-2929

*Attorneys for State of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, AND THE STATES OF CALIFORNIA TEXAS, MICHIGAN, NEW YORK, NORTH CAROLINA *EX REL.* RANDY REAGAN AND JAMES LONGFIELD,<br><br>Plaintiffs,<br><br>v.<br><br>CAROLINA LIQUID CHEMISTRIES CORP.,<br><br>Defendant. | Case No. CV 13-01497 KAW<br><br>**STATES' APPLICATION REGARDING EXTENSION OF DEADLINE FOR STATES TO FILE NOTICE OF ELECTION; [PROPOSED] ORDER**<br><br>**FILED UNDER SEAL** |
| UNITED STATES, ET AL., *EX REL.* DELBERT D. SALYER,<br><br>Plaintiffs,<br><br>v.<br><br>CAROLINA LIQUID CHEMISTRIES CORP.,<br><br>Defendant. | Case No. CV 13-5976<br><br>**STATES' APPLICATION REGARDING EXTENSION OF DEADLINE FOR STATES TO FILE NOTICE OF ELECTION; [PROPOSED] ORDER**<br><br>**FILED UNDER SEAL** |

1

**TO THE COURT AND ALL PARTIES:**

1. The States of California, Colorado, Connecticut, Delaware, Florida, Georgia, Hawaii, Illiniois, Indiana, Louisiana, Maryland, Michigan, Minnesota, Montana, Nevada, New Hampshire, New Jersey, New Mexico, New York, North Carolina, Oklahoma, Rhode Island, Tennessee, Texas, Wisconsin, the Commonwealths of Massachusetts and Virginia, the District of Columbia, and the City of Chicago ("Plaintiff States") herein apply ex parte to allow the Plaintiff States up to and including November 26, 2018, within which to file their notice(s) of election intervention pursuant 31 U.S.C. § 3730(b)(4) and their respective state False Claims Act and anti-fraud statutes, *see e.g.*, Cal. Gov't Code § 12652(c)(6).

2. The extension, if granted, will allow the Plaintiff States to obtain the requisite approvals from within their respective departments and file, separately or jointly, their notice(s) of election in this consolidated action.

3. The Plaintiff States do not have a position relating to the court seal.

4. The United States of America, *Qui Tam* Plaintiffs Randy Reagan and James Longfield, and *Qui Tam* Plaintiff Delbert Salyer, by and through their respective attorneys, do not object to the Plaintiff States' request herein.

5. A proposed order is filed concurrently herewith.

Respectfully submitted,

Dated: October 22, 2018

XAVIER BECERRA
ATTORNEY GENERAL OF THE STATE OF CALIFORNIA

*[signature]*

EMMANUEL R. SALAZAR
Deputy Attorney General
*Attorneys for the States of California, and on behalf and as authorized by Colorado, Connecticut, Delaware, Florida, Georgia, Hawaii, Illiniois, Indiana, Louisiana, Maryland, Michigan, Minnesota, Montana, Nevada, New Hampshire, New Jersey, New Mexico, New York, North Carolina, Oklahoma, Rhode Island, Tennessee, Texas, Wisconsin, the Commonwealths of Massachusetts and Virginia, the District of Columbia, and the City of Chicago*

# [PROPOSED] ORDER

Finding good cause, IT IS ORDERED that the States of California, Colorado, Connecticut, Delaware, Florida, Georgia, Hawaii, Illiniois, Indiana, Louisiana, Maryland, Michigan, Minnesota, Montana, Nevada, New Hampshire, New Jersey, New Mexico, New York, North Carolina, Oklahoma, Rhode Island, Tennessee, Texas, Wisconsin, the Commonwealths of Massachusetts and Virginia, the District of Columbia, and the City of Chicago shall have up to and including November 26, 2018, within which to file their notice(s) of election intervention.

IT IS SO ORDERED.

DATED: 10/23/18

_____
UNITED STATES MAGISTRATE JUDGE

# CERTIFICATE OF SERVICE

I am over the age of 18 and not a party to this action. My business address is: 2329 Gateway Oaks Drive, Suite 200, Sacramento, CA 95833.

A true and correct copy of the foregoing document entitled (*specify*):

**STATES' APPLICATION REGARDING EXTENSION OF DEADLINE FOR STATES TO FILE NOTICE OF ELECTION; [PROPOSED] ORDER**

was served in the manner stated below:

**SERVED BY MAIL**: Pursuant to Fed. R. Civ. P. 5(b)(2)(C), on 10/22/2018, I served the following persons and/or entities by mail:

Gioconda Molinari
Asistant United States Attorney
450 Golden Gate Avenue
San Francisco, CA 94102

Eric J. Buescher
Justin Berger
Cotchett Pitre & McCarthy, LLP
840 Malcolm Road
Burlingame, CA 94010

Erika Kelton
Larry Zoglin
100 The Embarcadero, Suite 300
San Francisco, CA 94105

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 10/22/2018 | Anete Millers | [signature] |
|---|---|---|
| Date | Printed Name | Signature |

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES AND THE STATES OF CALIFORNIA, TEXAS, MICHIGAN, NEW YORK, NORTH CAROLINA, ex rel RANDY REAGAN AND JAMES LONGFIELD,<br><br>Plaintiff(s),<br><br>v.<br><br>CAROLINA LIQUID CHEMISTRIES, CORP.,<br>Defendant(s).<br>_____ / | No. C13-1497 KAW<br><br>CERTIFICATE OF SERVICE<br><br>UNDER SEAL |
| UNITED STATES, ET AL, ex rel DELBERT D. SALYER,<br><br>Plaintiff(s),<br><br>v.<br><br>CAROLINA LIQUID CHEMISTRIES, CORP.,<br>Defendant(s).<br>_____ / | No. C13-5976 KAW<br><br>UNDER SEAL |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 24, 2018, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail; or by placing said copy into an inter-office delivery receptacle located in the Office of the Clerk.

Gioconda Molinari
Assistant US Attorney
450 Golden Gate Ave.
San Francisco, CA 94102

Larry Zoglin
100 The Embarcadero, Suite 300
San Francisco, CA 94105

Eric James Buescher
Cotchett Pitre and McCarthy, LLP
840 Malcolm Road
Burlingame, CA 94010

SUSAN Y. SOONG, CLERK

BY: *Susan Imbriani*
Susan Imbriani, Courtroom Deputy