XAVIER BECERRA
Attorney General of California
SARALYN M. ANG-OLSON
Senior Assistant Attorney General
VINCENT DICARLO
Supervising Deputy Attorney General
EMMANUEL R. SALAZAR (SBN 240794)
Deputy Attorney General
  Bureau of Medi-Cal Fraud & Elder Abuse
  2329 Gateway Oaks Drive, Suite 200
  Sacramento, CA 95833-4252
  Telephone: (916) 621-1835
  E-mail: Emmanuel.Salazar@doj.ca.gov
  Facsimile: (916) 274-2929

*Attorneys for Plaintiff State of California*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| United States, and the States of California, Texas, Michigan, New York, North Carolina, *ex rel.* Randy Reagan, and James Longfield<br><br>Plaintiffs,<br><br>v.<br><br>Carolina Liquid Chemistries, Corp., A Delaware Corporation,<br><br>Defendant. | Case No. CV 13-01497 KAW<br><br>**NOTICE OF THE STATE OF CALIFORNIA AND OTHER PLAINTIFF STATES' ELECTION REGARDING INTERVENTION; [PROPOSED] ORDER** |
| United States, *et al., ex rel.* Delbert D. Salyer,<br><br>Plaintiffs,<br><br>v.<br><br>Carolina Liquid Chemistries, Corp., a Delaware Corporation,<br><br>Defendants. | Case No. CV 13-5976 KAW<br><br>**NOTICE OF THE STATE OF CALIFORNIA AND OTHER PLAINTIFF STATES' ELECTION REGARDING INTERVENTION; [PROPOSED] ORDER** |

## NOTICE OF THE STATE OF CALIFORNIA AND OTHER
## PLAINTIFF STATES' ELECTION REGARDING INTERVENTION

**TO THE CLERK OF COURT AND ALL PARTIES:**

The States of California, Colorado, Florida, Georgia, Hawaii, Minnesota, Montana, North Carolina, New Hampshire, New Jersey, Rhode Island, Virginia, and Wisconsin respectfully **HEREBY NOTIFY** the Court of their joinder in the Notice of the United States That It Is Not Intervening at This Time, ECF No. 27, filed October 23, 2018, in the above-captioned actions.

The States of Florida, Maryland, Nevada, Oklahoma, and Texas respectfully **HEREBY NOTIFY** the Court of their decision to decline intervention, pursuant to their respective states' false claims act statutes.

The Maryland False Health Claims Act provides that "If the State does not elect to intervene and proceed with the action . . . before unsealing the complaint, the court shall dismiss the action." Md. Code Ann., Health Gen, § 2-604 (a)(7).  Accordingly, the State of Maryland requests that all claims asserted on behalf of the State of Maryland be dismissed without prejudice.

Although not intervening at this time, pursuant to the above named states' respective false claims act statutes, the plaintiff states request that the Court solicit their written consent and approval before ruling or granting either the relators' or defendant's proposal that this action be dismissed, settled, or otherwise discontinued.

Pursuant to California Government Code § 12652(f)(1), and the other above named states' respective statutes, the above named states request that, should this case continue, the parties serve copies of all pleadings and motions subsequently filed in this action upon California and the other above named states, and the above named states further reserve the right to order any deposition transcripts and to intervene in the action, for good cause shown, at a later date.

A Proposed Order accompanies this Notice.

NOTICE OF THE STATE OF CALIFORNIA AND OTHER PLAINTIFF STATES' ELECTION REGARDING INTERVENTION; [PROPOSED] ORDER (CV 13-01497 KAW; CV 13-5976-KAW)

2

| | | |
|---|---|---|
| 1 | Dated: November 26, 2018 | Respectfully Submitted, |

XAVIER BECERRA
Attorney General of California

*/s/ Emmanuel R. Salazar*

_____
EMMANUEL R. SALAZAR
Deputy Attorney General
*Attorneys for the State of California and on behalf of and with authorization from the States of Colorado, Florida, Georgia, Hawaii, Maryland, Minnesota, Montana, North Carolina, Nevada, New Hampshire, New Jersey, Oklahoma, Rhode Island, Texas, Virginia, and Wisconsin*

# [PROPOSED] ORDER

The States of California, Colorado, Florida, Georgia, Hawaii, Maryland, Minnesota, Montana, North Carolina, Nevada, New Hampshire, New Jersey, Oklahoma, Rhode Island, Texas, Virginia, and Wisconsin (collectively, the "named plaintiff states") have notified the Court of their decisions regarding intervention in this action, pursuant to their respective false claims act statutes.

**IT IS ORDERED** that:

1. The parties shall serve all pleadings, motions and orders subsequently filed in these actions on the named plaintiff states.

2. The named plaintiff states are entitled to order any deposition transcripts.

3. The named plaintiff states are entitled to intervene in the action, for good cause shown, at a later date.

4. Should the relators or defendants propose that this action be dismissed, settled, or otherwise discontinued, the Court will solicit the written consent of the named plaintiff states before ruling or granting its approval.

5. The State of Maryland having declined to intervene in this matter, all claims asserted on behalf of Maryland are hereby dismissed without prejudice. Maryland False Health Claims Act, Md. Code Ann., Health Gen, § 2-604 (a)(7)

Entered this \_\_\_\_\_ day of _____ 2018.

_____
United States Magistrate Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on 11/26/201811/26/1811/26/201811/26/2018, I electronically filed the above with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to counsel of record.

                                      */s/ Sharon Brecht*
                                      _____
                                      Sharon Brecht

---

NOTICE OF THE STATE OF CALIFORNIA AND OTHER PLAINTIFF STATES' ELECTION REGARDING INTERVENTION; [PROPOSED] ORDER (CV 13-01497 KAW; CV 13-5976-KAW)