NIALL P. McCARTHY (SBN 160175)
nmccarthy@cpmlegal.com
JUSTIN T. BERGER (SBN 250346)
jberger@cpmlegal.com
ERIC J. BUESCHER (SBN 271323)
ebuescher@cpmlegal.com
**COTCHETT, PITRE & McCARTHY, LLP**
San Francisco Airport Office Center
840 Malcolm Road
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577

*Attorneys for Relators*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* RANDY REAGAN and JAMES LONGFIELD; and STATE OF CALIFORNIA, STATE OF TEXAS, STATE OF MICHIGAN, STATE OF NEW YORK, STATE OF NORTH CAROLINA *ex rel.* RANDY REAGAN and JAMES LONGFIELD;<br><br>Plaintiffs,<br><br>v.<br><br>CAROLINA LIQUID CHEMISTRIES, CORP., a Delaware Corporation; PATRICIA SHUGART, an individual; and PHIL SHUGART, an individual;<br><br>Defendants. | CASE NO. CV 13-01497 KAW<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE** |

# JOINT STIPULATION

IT IS HEREBY STIPULATED AND AGREED UPON by and between all parties through and by their counsel of record:

WHEREAS, Relators Randy Reagan and James Longfield filed their Amended Complaint on October 18, 2018;

WHEREAS, the United States of America declined intervention on October 22, 2018;

WHEREAS, the Court issued an Order to Unseal on October 23, 2018,

WHEREAS, Relators sent over a service packet to Defendants Patricia Shugart and Phil Shugart's counsel to accept service of the Summons, Complaint, Waiver of Service of Summons, and additional service documents on November 6, 2018

WHEREAS, Relators sent over a service packet to Defendant Carolina Liquid Chemistries, Corp.'s counsel to accept service of the Summons, Complaint, Waiver of Service of Summons, and additional service documents on November 28, 2018;

WHEREAS, the parties have met and conferred regarding a briefing schedule;

WHEREAS, the parties jointly stipulate to the following briefing schedule:

- Defendants' Motion to Dismiss is due March 18, 2019;
- Relator's Opposition to the Motion to Dismiss brief is due April 8, 2019;
- Defendants' Reply Brief in Support of the Motion to Dismiss is due April 22, 2019; and
- Defendants' Motion to Dismiss will be noticed for May 16, 2019 at 1:30 p.m. before the Hon. Kandis A. Westmore.

IT IS SO STIPULATED.

Dated: January 31, 2019     **COTCHETT, PITRE & McCARTHY, LLP**

By: */s/ Eric J. Buescher*
    ERIC J. BUESCHER

*Attorneys for Relators*

Dated: January 30, 2019   **ORRICK, HERRINGTON & SUTCLIFFE, LLP**

By: _____
　　　RANDY LUSKEY

*Attorneys for Defendant Carolina Liquids Chemistries, Corp.*

Dated: January 30, 2019   **ORRICK, HERRINGTON & SUTCLIFFE, LLP**

By: _____
　　　RANDY LUSKEY

*Attorneys for Defendant Patricia Shugart*

Dated: January 30, 2019   **ORRICK, HERRINGTON & SUTCLIFFE, LLP**

By: _____
　　　RANDY LUSKEY

*Attorneys for Defendant Phil Shugart*

# [~~PROPOSED~~] ORDER

PURSUANT TO THE JOINT STIPULATION, it is hereby ordered the briefing schedule regarding Defendants' Motion to Dismiss is as follows:

- Defendants' Motion to Dismiss is due March 18, 2019;
- Relator's Opposition to the Motion to Dismiss brief is due April 8, 2019;
- Defendants' Reply Brief in Support of the Motion to Dismiss is due April 22, 2019; and
- A hearing is scheduled for Defendants' Motion to Dismiss on May 16, 2019, at 2:00 p.m. ~~1:30~~ p.m.

IT IS SO ORDERED.

Date: February 7, 2019

~~HON. KANDIS A. WESTMORE~~
Hon. Jon S. Tigar